U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 AUG -5  PM 3: 54

CLERK

BY ____(signature)____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE:<br>NONJUDICIAL CIVIL FORFEITURE<br>PROCEEDING | Misc. No. 5:21-mc-00051 |

### ORDER EXTENDING TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through October 15, 2021, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which United States Customs and Border Protection ("CBP") initiated nonjudicial civil forfeiture proceedings and to which Andrew Jones asserted an interest, to wit, $22,970.00, more or less, in United States currency that Homeland Security Investigations ("HSI") seized from Jones during his arrest in South Burlington, on November 5, 2020 (the "Subject Property"); and

The United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), CBP provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about December 16, 2020, CBP received from Andrew Jones a claim in which Jones asserted an interest in the Subject Property;

3. No other person has filed a claim to the Subject Property or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. Andrew Jones has agreed and consented to the relief requested by the United States, to wit, an order extending, to and through October 15, 2021, the time in which the United

States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, upon agreement of the parties, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through October 15, 2021.

Dated at Burlington, in the District of Vermont, this 5th day of August, 2021.

_____
Geoffrey W. Crawford, Chief Judge
U.S. District Court